**Order filed February 11, 2021.**



**In The**

# Fourteenth Court of Appeals

————————

## NO. 14-19-00088-CR

————————

### KIMBEL VERSHON CARTER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 351st District Court
Harris County, Texas
Trial Court Cause No. 1492023**

## ORDER

Appellant's motion to extend time to respond to the court's request to demonstrate the notice of appeal was timely filed is moot. The court sua sponte allows appellant fourteen days from the date of this order to file a response. The court will dismiss this appeal for want of jurisdiction unless appellant demonstrates, within 21 days of this letter, that the court has jurisdiction.

PER CURIAM

Panel Consists of Justices Jewell, Poissant, and Wilson.